| | |
|---|---|
| 1 | LYNN HUBBARD III, SBN 69773 |
| 2 | LAW OFFICES OF LYNN HUBBARD<br>12 Williamsburg Lane |
| 3 | Chico, CA 95926<br>Telephone: (530) 895-3252 |
| 4 | Facsimile: (530) 894-8244<br>Email: USDCCentral@HubsLaw.com |
| 5 | Attorneys for Plaintiff |
| 6 | CATHY L. ARIAS, SBN 141989 |
| 7 | BRENDAN M. BROWNFIELD, SBN 266114<br>BURNHAM BROWN |
| 8 | 1901 Harrison Street, 14th Floor<br>Oakland, CA 94612 |
| 9 | Telephone: (510) 444-6800<br>Facsimile: (510) 835-6666 |
| 10 | Attorneys for Defendant 4R FAMILY |
| 11 | ENTERPRISES, INC. (sued herein as 4R<br>Family Enterprises, Inc. dba McDonald's #1921) |
| 12 | PETER S. MODLIN, SBN 151453 |
| 13 | CHRISTINE A. FUJITA, SBN 274750<br>GIBSON, DUNN & CRUTCHER LLP |
| 14 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
| 15 | Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306 |
| 16 | |
| 17 | Attorneys for Defendant<br>McDONALD'S CORPORATION |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | ROBERT DODSON, | Case No. 2:13-cv-00398-JAM-EFB |
| 22 | Plaintiff, | |
| 23 | v. | JOINT STIPULATION FOR<br>DISMISSAL and ORDER THEREON |
| 24 | 4R FAMILY ENTERPRISES, INC. dba<br>McDONALD'S #1921; McDONALD'S | |
| 25 | CORPORATION, | |
| 26 | Defendants. | |
| 27 | _____/ | |
| 28 | | |

Joint Stipulation for Dismissal
& Order Thereon                                  - 1 -                      *Dodson v. 4R Family Enterprises, Inc., et al.*
                                                                              Case No. 2:13-cv-00398-JAM-EFB

TO THE COURT AND TO ALL PARTIES:

Plaintiff ROBERT DODSON and defendants 4R FAMILY ENTERPRISES, INC. (sued herein as 4R Family Enterprises, Inc. dba McDonald's #1921) and McDONALD'S CORPORATION, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 23, 2013         LAW OFFICES OF LYNN HUBBARD

                                                   */s/   Lynn Hubbard*
                                                  LYNN HUBBARD III
                                                  Attorney for Plaintiff

Dated: August 23, 2013         BURNHAM BROWN

                                                */s/ Brendan M. Brownfield*
                                                BRENDAN M. BROWNFIELD
                                                Attorney for Defendant 4R FAMILY ENTERPRISES, INC. (sued herein as 4R Family Enterprises, Inc. dba McDonald's #1921)

Dated:  August 23, 2013         GIBSON, DUNN & CRUTCHER LLP

                                                */s/   Christine A. Fujita*
                                                CHRISTINE A. FUJITA
                                                Attorney for Defendant McDONALD'S CORPORATION

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-00398-JAM-EFB, is hereby dismissed with prejudice.

Dated: 8/26/2013

                                                /s/ John A. Mendez
                                                United States District Court Judge