1  LYNN HUBBARD III, SBN 69773
   LAW OFFICES OF LYNN HUBBARD
2  12 Williamsburg Lane
   Chico, CA 95926
3  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
4  Email: USDCCentral@HubsLaw.com

5  Attorneys for Plaintiff

6  CATHY L. ARIAS, SBN 141989
   BRENDAN M. BROWNFIELD, SBN 266114
7  BURNHAM BROWN
   1901 Harrison Street, 14th Floor
8  Oakland, CA 94612
   Telephone: (510) 444-6800
9  Facsimile: (510) 835-6666

10 Attorneys for Defendant 4R FAMILY
   ENTERPRISES, INC. (sued herein as 4R
11 Family Enterprises, Inc. dba McDonald's #1921)

12 PETER S. MODLIN, SBN 151453
   CHRISTINE A. FUJITA, SBN 274750
13 GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
14 San Francisco, CA 94105
   Telephone: (415) 393-8200
15 Facsimile: (415) 393-8306

16 Attorneys for Defendant
   McDONALD'S CORPORATION
17

18                UNITED STATES DISTRICT COURT
19                EASTERN DISTRICT OF CALIFORNIA
20

21 ROBERT DODSON,                    Case No. 2:13-cv-00398-JAM-EFB

22      Plaintiff,
                                     JOINT STIPULATION FOR
23 v.                                DISMISSAL and ORDER THEREON

24 4R FAMILY ENTERPRISES, INC. dba
   McDONALD'S #1921; McDONALD'S
25 CORPORATION,

26      Defendants.
                                   /
27

28

TO THE COURT AND TO ALL PARTIES:

Plaintiff ROBERT DODSON and defendants 4R FAMILY ENTERPRISES, INC. (sued herein as 4R Family Enterprises, Inc. dba McDonald's #1921) and McDONALD'S CORPORATION, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 23, 2013   LAW OFFICES OF LYNN HUBBARD

*/s/  Lynn Hubbard*
LYNN HUBBARD III
Attorney for Plaintiff

Dated: August 23, 2013   BURNHAM BROWN

*/s/ Brendan M. Brownfield*
BRENDAN M. BROWNFIELD
Attorney for Defendant 4R FAMILY ENTERPRISES, INC. (sued herein as 4R Family Enterprises, Inc. dba McDonald's #1921)

Dated:  August 23, 2013   GIBSON, DUNN & CRUTCHER LLP

*/s/  Christine A. Fujita*
CHRISTINE A. FUJITA
Attorney for Defendant McDONALD'S CORPORATION

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-00398-JAM-EFB, is hereby dismissed with prejudice.

Dated: 8/26/2013

/s/ John A. Mendez
United States District Court Judge